| | |
|---|---|
| 1<br>2<br>3<br>4 | ANN MILLER RAVEL, County Counsel (S.B. #62139)<br>RIMA H. SINGH, Deputy County Counsel (S.B. #100244)<br>OFFICE OF THE COUNTY COUNSEL<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, California  95110-1770<br>Telephone:  (408) 299-5900<br>Facsimile:  (408) 292-7240 |
| 5<br>6 | Attorneys for Defendants<br>DAVID SEPULVEDA, JOHN BRUNO, and<br>KIMBERLY SIMPSON |

*E-FILED - 12/23/08*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | | |
|---|---|---|
| KRISTIN R. HIMMELBERGER,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL VASQUES et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.   CV 98-20929 RMW<br><br>**[] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by Defendants David Sepulveda, John Bruno, and Kimberly Simpson ("DOC Defendants") to file documents under seal is GRANTED.  Exhibit A to the Affidavit of David Sepulveda in Support of DOC Defendants' Motion for Summary Judgment shall be filed under seal.

IT IS SO ORDERED.

Date:  _12/23/08_                              _/s/ Ronald M. Whyte_
                                                              HONORABLE RONALD M. WHYTE

151129.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[] Order Granting Defendants'
Ex Parte Motion to File Documents Under Seal                                CV 98-20929 RMW