*E-FILED - 2/12/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN R. HIMMELBERGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL VASQUES, et al.,<br><br>　　　　Defendants. | No. C 98-20929 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST TO EXTEND THE TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docket No. 87) |

Good cause appearing, plaintiff is hereby GRANTED an extension of time in which to file his opposition to defendants' motion for summary judgment.

Plaintiff shall file his opposition to defendants' motion for summary judgment within **thirty (30) days** from the filing date of this order. Defendants shall file a reply brief no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

This order terminates docket no. 87.

IT IS SO ORDERED.

Dated:　2/10/09

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Ex Parte Request to Extend the Time to File Opposition to Defendants' Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.98\Himmelberger929.EOT-OPP-MSJ.wpd