***E-FILED - 7/17/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN R. HIMMELBERGER, | No. C 98-20929 RMW (PR) |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| v. | |
| DANIEL VASQUES, et al., | |
| Defendants. | |
| _____ / | (Docket No. 133) |

Plaintiff, a California prisoner, filed a pro se civil rights action under 42 U.S.C. § 1983. Before the court is plaintiff's motion for an extension of time. Plaintiff seeks additional time to file his opposition to defendant Ramirez's motion for summary judgment. He also seeks more time to respond to defendants Sepulveda, Bruno and Simpson's objection to plaintiff's evidence submitted in opposition to their motion for summary judgment. Defendants Ramirez, Sepulveda, Bruno and Simpson oppose both extensions.

Good cause appearing, the court GRANTS plaintiff's motion for an extension of time to file his opposition to Ramirez's motion for summary judgment. Plaintiff shall file his opposition by **August 29, 2009**. Defendants shall file a reply brief no later than **fifteen (15) days** after the date plaintiff's opposition is filed. **No further extensions of time will be granted.**

The court DENIES plaintiff's motion for an extension of time to respond to

1 defendants' objection to plaintiff's evidence submitted in opposition to motion for summary
2 judgment. Defendants Sepulveda, Bruno and Simpson's motion for summary judgment is
3 fully briefed, and the court will not accept any additional materials.
4     This order terminates docket no. 133.
5     IT IS SO ORDERED.
6 DATED: 7/17/09



RONALD M. WHYTE
United States District Judge

28 Order Granting in Part and Denying in Part Plaintiff's Motion for Extension of Time
P:\PRO-SE\SJ.Rmw\CR.98\Himmelberger929.EOT-Deny Objection.wpd

2