*E-FILED - 9/22/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KRISTIN R. HIMMELBERGER, | ) | No. C 98-20929 RMW (PR) |
| Plaintiff, | ) | **JUDGMENT** |
| vs. | ) | |
| DANIEL VASQUES, et al., | ) | |
| Defendants. | ) | |

The court granted summary judgment in favor of defendants in the instant civil rights complaint for relief, which was brought pursuant to 42 U.S.C. § 1983. Defendants are entitled to judgment as a matter of law as to all claims. Judgment is hereby entered in favor of defendants.

The clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 9/21/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.98\Himmelberger929jud.wpd